RECEIVED

12 OCT 26 PM 3: 56

CLERK, U.S. DIST. COURT
DULUTH, MN

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Noel Mills, M.D.,                                           Case No. 10-CV-3068 (LIB)

      Plaintiff,

v.                                                          VERDICT FORM

Bradley J. Qualey, M.D., and
Lakes Area Urology, P.A.,

      Defendants.

---

*We, the jury in the above-entitled action, give these answers to the following questions:*

1. Was Dr. Bradley J. Qualey negligent in the care and treatment he provided to Dr. Noel Mills in performing the urologic procedures on July 24, 2006?

   Yes: _____     No: ___X___

   *If you answered "Yes" to Question 1., proceed to Question 2. If you answered "No" to Question 1., proceed to Question 3.*

2. Was such negligence a direct cause of injury to Dr. Noel Mills?

   Yes: _____     No: _____

3. Was Dr. Bradley J. Qualey negligent when informing Dr. Noel Mills about the risks of the urologic procedures prior to performing them on July 24, 2006?

   Yes: _____     No: ___X___

   *If you answered "Yes" to Question 3, proceed to Question 4. If you answered "No" to Question 3., proceed to Question 5.*

4. Was such negligence a direct cause of injury to Dr. Noel Mills?
   Yes: _____     No: _____

SCANNED

OCT 26 2012

U.S. DISTRICT COURT DULUTH

*Regardless of your answers to the above questions, answer these questions:*

5.  What amount of money will fairly and adequately compensate Dr. Noel Mills for damages incurred up to the date of trial for:

    (a)  Medical Expenses                           $ 0

    (b)  Pain, disability, disfigurement,
         embarrassment, and emotional
         distress                                   $ 0

6.  What amount of money will fairly and adequately compensate Dr. Noel Mills for future damages reasonably certain to occur for:

    (a)  Medical Expenses                           $ 0

    (b)  Pain, disability, disfigurement,
         embarrassment, and emotional
         distress                                   $ 0

*Your deliberations are concluded. Have your foreperson sign and date the verdict form below.*

Dated: October 26, 2012

Jury Foreperson    SIGNATURE REDACTED