AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Noel Mills, M.D.

        Plaintiff,

V.

Bradley J. Qualey, M.D., and Lakes Area Urology, P.A.,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number:  Civ. No. 10-3068 (LIB)

[X] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Judgment is entered in favor of the Defendants and against the Plaintiff.

Date 10/29/12

Leo I. Brisbois
U.S. MAGISTRATE JUDGE

RICHARD D. SLETTEN, CLERK

s/ Victoria L. Miller
(By)                                      Deputy Clerk

SCANNED
OCT 29 2012
U.S. DISTRICT COURT DULUTH

N:\DAILY-CURRENT\LIB-Trial\MillsJudgment.wpd

Form Modified: 09/16/04