

**MEAGHER&GEER**
ATTORNEYS AT LAW    PLLP

33 South Sixth Street, Suite 4400
Minneapolis, MN 55402
PHONE: 612/338-0661
FAX: 612/338-8384
MEAGHER.COM

Rodger A. Hagen
Direct Dial: 612/347-9101
Direct Fax: 612/877-3007
E-Mail: rhagen@meagher.com

March 31, 2014

Victoria L. Miller
Judicial Assistant
United States District Court
District of Minnesota
412 Gerald W. Heaney Federal Building and
United States Courthouse and Customhouse
515 W. First Street
Duluth, MN 55802

    Re:    *Mills v. Qualey, et al.*
            Civ. No. 10-3068 (LIB)

Dear Ms. Miller:

    I am writing this correspondence in response to your March 28, 2014 request. You may dispose of any defense exhibits concerning the above-referenced October 22, 2012 trial.

                               Very truly yours,

                               Rodger A. Hagen

RAH/cms/9589127.1

cc:    Douglas E. Schmidt